defendant sued out a writ of error, raising one of the questions recently considered and decided by this court in a number of cases in which the defendant and various public service corporations of New Jersey were parties. 229 Fed. 902, —— C. C. A. ——. Applying to the facts of this case the theory of the law there announced, we are of opinion that the lessor corporation was not "doing business" within the meaning of the act, and that the judgment below should be affirmed.

---

HEWITT LAND CO. et al. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. May 1, 1916.) Nos. 2779, 2780. Appeal from the District Court of the United States for the District of Oregon. Clarence L. Reames, U. S. Atty., of Portland, Ore., and Frank Hall, Sp. Asst. Atty. Gen., of San Francisco, Cal., for the United States. Dismissed for noncompliance by appellants with rules 23 and 24, 150 Fed. xxxii, xxxiii, 79 Fed. xxxii, xxxiii—failure of appellants to print record under rule 23, and to file a printed brief under rule 24.

---

J. G. WHITE & CO., Inc., v. THOMAS, District Judge. (Circuit Court of Appeals, Second Circuit. March 7, 1916.) Before COXE and ROGERS, Circuit Judges, and HOUGH, District Judge.

PER CURIAM. This court did not direct that a final judgment be entered; it simply directed that such proceedings be had in the District Court in accordance with the decision of this court "as according to right and justice and the laws of the United States ought to be had." The petition is denied.

---

In re JOHN A. ROEBLING'S SONS CO. In re NORTH ELECTRIC CO. (Circuit Court of Appeals, Sixth Circuit. March 10, 1916.) No. 2715. Petition for Revision of Proceedings of the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge. Tolles, Hogsett, Ginn & Morley and A. V. Cannon, all of Cleveland, Ohio, for petitioner. Ford, Snyder & Tilden, of Cleveland, Ohio, for bankrupt. Dismissed pursuant to stipulation.

---

In re JOHN A. ROEBLING'S SONS CO. In re NORTH ELECTRIC CO. (Circuit Court of Appeals, Sixth Circuit. March 10, 1916.) No. 2646. Petition for Revision of Proceedings of the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge. A. V. Cannon and Tolles, Hogsett, Ginn & Morley, all of Cleveland, Ohio, for petitioner. Ford, Snyder & Tilden and A. D. Baldwin, all of Cleveland, Ohio, for bankrupt. Dismissed pursuant to stipulation.

---

In re JOHN A. ROEBLING'S SONS CO. In re TELEPHONE IMPROVEMENT CO. (Circuit Court of Appeals, Sixth Circuit. March 10, 1916.) No. 2716. Petition for Revision of Proceedings of the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge. Tolles, Hogsett, Ginn & Morley and A. V. Cannon, all of Cleveland, Ohio, for petitioner. Ford, Snyder & Tilden, of Cleveland, Ohio, for bankrupt. Dismissed pursuant to stipulation.

---

In re JOHN A. ROEBLING'S SONS CO. In re TELEPHONE IMPROVEMENT CO. (Circuit Court of Appeals, Sixth Circuit. March 10, 1916.) No. 2647. Petition for Revision of Proceedings of the District Court of the United